IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **OAKWORTH CAPITAL BANK,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) No. 3:23-cv-01144 |
| **6101 SLIGO, LLC and,** **TIMOTHY J. MORRIS,** | ) ) ) ) |
| **Defendants.** | |

## PLAINTIFF OAKWORTH CAPITAL BANK'S MOTION FOR ENTRY OF DEFAULT AGAINST TIMOTHY J. MORRIS

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Oakworth Capital Bank ("Plaintiff"), by and through counsel, hereby moves the Clerk of the Court to enter a default against Defendant Timothy J. Morris. The record demonstrates that Mr. Morris has failed to plead or otherwise defend Plaintiff's action in accordance with Federal Rules of Civil Procedure 12 and 55. Accordingly, Plaintiff requests that the Court enter a default against Defendant Timothy J. Morris.

In support of this Motion, and in accordance with Federal Rule of Civil Procedure 55 and Local Rule 55.1, Plaintiff submits the *Declaration of Ross M. Johnson*, attached hereto as **Exhibit 1**.

Respectfully submitted this, the 1st day of December, 2023.

/s/ Ross M. Johnson
D. Christopher Carson (BPR No. 021971)
C. Tucker Herndon (BPR No. 27297)
Ross M. Johnson (BPR No. 36067)

420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: (205) 458-5100
ccarson@burr.com

222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: 615-724-3200
Facsimile: 615-724-3290
rmjohnson@burr.com
therndon@burr.com

*Attorneys for Oakworth Capital Bank*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the following via United States Mail, postage prepaid, on December 1, 2023:

| | |
|---|---|
| Timothy Morris<br>6001 Highway A1A PMB 8359<br>Vero Beach, FL 32963 | 6101 Sligo, LLC<br>R/A: The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Timothy Morris<br>660 Ocean Road<br>Vero Beach, FL 32963 | |

/s/ Ross M. Johnson
Ross M. Johnson (BPR No. 36067)

52514319 v1

2