# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **OAKWORTH CAPITAL BANK,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )<br>) No. 3:23-cv-01144<br>) |
| **6101 SLIGO, LLC and**<br>**TIMOTHY J. MORRIS,** | )<br>)<br>) |
| **Defendants.** | ) |

## DECLARATION OF ROSS M. JOHNSON

I, Ross M. Johnson, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. My name is Ross M. Johnson and I am an attorney with the law firm of Burr & Forman LLP. I am licensed to practice law in the State of Tennessee and I serve as an attorney of record for Plaintiff Oakworth Capital Bank ("Plaintiff") in this case.

2. I am over eighteen (18) years of age and otherwise competent to make this Declaration.

3. My knowledge of the facts set forth in this Declaration is based upon my personal knowledge and/or review of the filings in this case.

4. Plaintiff filed its Complaint on October 28, 2023.

5. Defendant Timothy J. Morris was personally served with the Summons and Complaint on November 9, 2023.

6. Upon information available to me, Defendant Timothy J. Morris is not a minor or incompetent person.

7. Upon information available to me, Defendant Timothy J. Morris is not on active duty in the military of the United States. A military status report for Timothy J. Morris is attached hereto as **Exhibit A**.

8. More than twenty-one (21) days have elapsed since the date on which Defendant Timothy J. Morris was served with the Summons and a copy of the Complaint.

9. Defendant Timothy J. Morris has failed to answer or otherwise defend the Complaint, or serve a copy of any answer or other defense which he might have upon the undersigned.

10. This Declaration is executed in accordance with Rule 55 of the Federal Rules of Civil Procedure, for the purpose of enabling Plaintiff to obtain an entry of default against Defendant Timothy J. Morris for failure to answer or otherwise defend the Complaint.

FURTHER THIS DECLARANT SAYS NOT.

ROSS M. JOHNSON
DATE: 12/1/2023

2

Case 3:23-cv-01144    Document 19-1    Filed 12/01/23    Page 2 of 4 PageID #: 107



Department of Defense Manpower Data Center

Results as of : Dec-01-2023 10:43:49 AM

SCRA 5.18

# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-9864 |
| Birth Date: | Apr-XX-1959 |
| Last Name: | MORRIS |
| First Name: | TIMOTHY |
| Middle Name: | JOHN |
| Status As Of: | Dec-01-2023 |
| Certificate ID: | JWH9M8FK1F9L2TY |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, Space Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Sam Yousefzadeh*

Sam Yousefzadeh, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Alexandria, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.