IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OAKWORTH CAPITAL BANK, | ) |
| Plaintiff, | ) |
| | ) NO. 3:23-cv-01144 |
| v. | ) |
| | ) JUDGE RICHARDSON |
| 6101 SLIGO, LLC, et al. | ) |
| Defendants. | ) |

## **JUDGMENT**

For the reasons set forth in the accompanying Order granting Plaintiff's motion for default judgment, judgment is hereby entered in favor of Plaintiff and against Defendant 6101 Sligo, LLC and Defendant Timothy J. Morris, jointly and severally, in the amount of $6,021,213.34.

The Clerk is directed to enter judgment under Rule 58 and close the file, subject to the file being reopened should Plaintiff file a motion for attorney's fees and expenses pursuant to Fed. R. Civ. P. 54(d)(2) and Local Rule 54.01(b)(1).

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE