RECEIVED
DEC 27 2024
US DISTRICT COURT
MID DIST TENN

FORM E-7

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

**OAKWORTH CAPITAL BANK**

v.

Case No. 3:23-CV-01144

**6101 SLIGO, LLC and TIMOTHY J. MORRIS**

### ANSWER OF GARNISHEE FOR FUNDS OTHER THAN SALARIES, WAGES OR EARNINGS OF JUDGMENT DEBTOR

Comes the garnishee, __Morgan Stanley Smith Barney LLC__, and makes oath as follows:

1. That, at the time of service of this garnishment, the garnishee was indebted to the judgment debtor in the amount of $ __6,172,189.66__ as a result of __Judgment entered on June 6, 2024__

2. That the garnishee had the following property, debts, or effects belonging to the judgment debtor in his possession or under his control: (If the garnishee is holding a sum of money, list the exact amount; if the property is not money, specify the type of property, debts, or effects.)

   a. At the time of service of the garnishment: __None, accounts closed 02/01/2017__

   b. At the time the garnishee answered the garnishment: __None, accounts closed 02/01/2017__
   __None, accounts closed 02/01/2017__

   c. Between the time of service of the garnishment and the time the garnishee answered the garnishment:
   __None, accounts closed 02/01/2017__

3. That, to the knowledge and belief of the garnishee, the following other person(s) have in his/their possession or control the following property, debts, or effects belonging to the judgment debtor: (List the name and address of any such person and describe the property, debts, or effects.)

   __None, accounts closed 02/01/2017__

Pursuant to T.C.A. § 26-2-204, by signing below, I certify under oath that the above information is true and correct.

Morgan Stanley
Levies & Garnishments Unit
1300 Thames Street
Thames Street Wharf
Baltimore, MD 21231

_____
Garnishee

FORM E-2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

## WRIT OF EXECUTION

To the United States Marshal for the Middle District of Tennessee:

You are hereby commanded to take from the property of:

**Timothy J. Morris**, PO Box 544, Mirror Lake, NH 03853 / 6001 Highway A1A PMB 8359, Vero Beach, FL 32963
(*Judgment Debtor*)

including the property listed below, the sum of:

$ 6,172,189.66

(*Enter the Balance of Judgment corresponding to the last line in the Application for Writ of Execution*)

to satisfy a judgment obtained by the judgment creditor in the United States District Court for the Middle District of Tennessee, and also the costs that may accrue under this writ.

You are further commanded to pay such monies, when collected, into this Court and you shall make return as to how you have executed this writ within the time allowed by law.

Description of Property:

Any and all accounts, cash, monies, or other property

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
FRED D. THOMPSON U.S. COURTHOUSE,
719 CHURCH STREET, SUITE 1300
NASHVILLE, TN 37203

(Deputy Clerk)

*This exact form is required with absolutely no modifications.*

Date Issued: 12-3-2024

FORM E-3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

OAKWORTH CAPITAL BANK

v.  Case No. 3:23-CV-001144

6101 SLIGO, LLC and TIMOTHY J. MORRIS

SUMMONS AND NOTICE TO THE GARNISHEE

NOTICE: Although you have a longer time in which to answer the court concerning this garnishment, you must do the following on the same day you receive the garnishment, or on the next working day:
   (1) Determine if you possess or control money or property of the judgment debtor.
   (2) If so, within the same time period, you shall furnish a copy of this garnishment summons, a copy of the Notice to Judgment Debtor (Form E-6 if the garnishment is for wages; Form E-8 if the garnishment is not for wages), and a copy of the Notice to Garnishee / Employer (Form E-4), if the garnishment is for wages, by mailing them first class, postage prepaid, to the judgment debtor's last known address as shown by your records, or by actual delivery to the judgment debtor.
   (3) If the address shown by your records differs from that shown at the bottom of the Notice to Judgment Debtor, you shall also mail a copy of the summons and notice(s) to the latter address.

As required by law, T.C.A. § 26-2-203 and T.C.A. § 26-2-204, you are summoned to mail an answer within ten (10) days after the date of service of this garnishment to the Clerk, U.S. District Court, Fred D. Thompson U.S. Courthouse and Federal Building, 719 Church Street, Suite 1300, Nashville, TN 37203. If you are an employer, you must read Form E-4 and complete Form E-5. If you are holding funds belonging to the judgment debtor other than salaries, wages, or earnings, you must complete Form E-7.

FOR EMPLOYER GARNISHEE: This lien shall continue as to subsequent earnings until the total amount due is paid or satisfied, OR until the expiration of the employer's payroll period immediately prior to SIX (6) CALENDAR MONTHS after service of this garnishment, whichever occurs first. This lien shall have priority over any subsequent liens obtained. Subsequent execution shall be effective for the successive calendar month periods in the order in which they are served.

You are required to withhold the garnishment amount, or part thereof, from the employee's wages and to pay these monies not less than one time each calendar thirty (30) days to the: Clerk, U.S. District Court, Fred D. Thompson U.S. Courthouse and Federal Building, 719 Church Street, Suite 1300 Nashville, TN 37203. You are liable for failure to withhold from the employee's wages and for failure to pay these monies to the Court.

FOR NON-WAGE GARNISHEE (e.g., financial institution): You are required to pay any garnished funds within your possession within thirty (30) days of service to the Clerk, U.S. District Court, Fred D. Thompson U.S. Courthouse and Federal Building, 719 Church Street, Suite 1300, Nashville, TN 37203.

ISSUED this ___3___ day of ___December___ 2024.

UNITED STATES DISTRICT COURT CLERK

By: _____
(Deputy Clerk)

*This exact form is required with absolutely no modifications.*

RECEIVED
DEC 27 2024
US DISTRICT COURT
MID DIST TENN

ORIGIN ID:LTWA 15573124208
UIANE GRA
MORGAN STANLEY
1300 THAMES STREET WHARF
THAMES STREET WHARF
BALTIMORE, MD 21231
UNITED STATES US

SHIP DATE: 20DEC24
ACTWGT: 0.50 LB
CAD: 110966110/WSXI3400

BILL SENDER

TO: CLERK US DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE, FRED
719 CHURCH ST
SUITE 1300
NASHVILLE TN 37203
16157365498 REF: 1759-239NR
INV:
PO: DEPT:

FedEx Express

E

MON - 23 DEC 5:00P
STANDARD OVERNIGHT

TRK# 0201 2835 7074 2052

37203
X4 RNCA TN-US BNA

Page 1 of 1

PEEL HERE

Print Your Documents

Align bottom of peel-and-stick airbill or pouch here.

RT 217 1 17:00 A 2052 12.26

