FORM E-7

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RECEIVED
JAN 27 2025
US DISTRICT COURT
MID DIST TENN

OAKWORTH CAPITAL BANK

v.

Case No. 3:23-CV-01144

6101 SLIGO, LLC and TIMOTHY J. MORRIS

### ANSWER OF GARNISHEE FOR FUNDS OTHER THAN SALARIES, WAGES OR EARNINGS OF JUDGMENT DEBTOR

Comes the garnishee, Morgan Stanley Private Bank, NA, and makes oath as follows:

1. That, at the time of service of this garnishment, the garnishee was indebted to the judgment debtor in the amount of $6,172,189.66 as a result of Judgment entered on June 6, 2024

2. That the garnishee had the following property, debts, or effects belonging to the judgment debtor in his possession or under his control: (If the garnishee is holding a sum of money, list the exact amount; if the property is not money, specify the type of property, debts, or effects.)

   a. At the time of service of the garnishment: None

   b. At the time the garnishee answered the garnishment: None

   c. Between the time of service of the garnishment and the time the garnishee answered the garnishment:
   None

3. That, to the knowledge and belief of the garnishee, the following other person(s) have in his/their possession or control the following property, debts, or effects belonging to the judgment debtor: (List the name and address of any such person and describe the property, debts, or effects.)
   None

Pursuant to T.C.A. § 26-2-204, by signing below, I certify under oath that the above information is true and correct.

_____
Garnishee

This response and the information contained herein are only made on behalf of and only reflect information for Morgan Stanley & Co. LLC, as requested, and are not on behalf of and do not reflect any information for any other affiliates or any other entities or subsidiaries under the ownership of Morgan Stanley (the "Firm"). If you would like addition searched conducted, please reissue the Levy/Garnishment to Morgan Stanley Smith Barney, LLC.



Case 3:23-cv-01144   Document 48   Filed 01/27/25   Page 2 of 2 PageID #: 431